IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT, OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| COOPERATIVE MEDICAL HEALTH CARE CORPORATION, P.A. | ) | CASE NO.:  1:21-CV-00048 |
| | ) | |
| | ) | JUDGE PATRICIA A. GAUGHAN |
| *On behalf of itself and all others similarly situated* | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | **NOTICE OF DISMISSAL** |
| | ) | ***WITHOUT* PREJUDICE** |
| -vs- | ) | |
| | ) | |
| PHYSICIANS ANSWERING GROUP EXCHANGE, INC. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Now comes Plaintiff Cooperative Medical Health Care Corporation, P.A., by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice of dismissal of this matter without prejudice.

Respectfully submitted,

*/s/Ronald I. Frederick*
Ronald I. Frederick, Esq. (0063609)
Michael L. Berler, Esq. (0085728)
Michael L. Fine (#0077131)
FREDERICK & BERLER, LLC
767 East 185th Street
Cleveland, OH  44119
ronf@clevelandconsumerlaw.com
mike@clevelandconsumerlaw.com
michaelf@clevelandconsumerlaw.com
*Counsel for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 11th day of June 2021, a copy of the foregoing was served via USPS mail addressed as follows:

Physicians Answering Group Exchange, Inc.
100 Westlake Road, Ste. 104
Fayetteville, NC 28314

Physicians Answering Group Exchange, Inc.
c/o its Statutory Agent Ronald Ray Brock, II
225 Green Street
Fayetteville, NC 28314

Physicians Answering Group Exchange, Inc.
c/o its Statutory Agent Ronald Ray Brock, II
4201 Huntsfield Road
Fayetteville, NC 28314
*Defendant*

                                                 */s/Ronald I. Frederick*
                                                 Ronald I. Frederick (#0063609)
                                                 Frederick & Berler LLC
                                                 *One of the Attorneys for Plaintiff*