IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT, OHIO
EASTERN DIVISION

| | |
|---|---|
| COOPERATIVE MEDICAL HEALTH CARE CORPORATION, P.A. | CASE NO.:  1:21-CV-00048 |
| | JUDGE PATRICIA A. GAUGHAN |
| *On behalf of itself and all others similarly situated* | |
| Plaintiff, | **NOTICE OF DISMISSAL** *WITHOUT* **PREJUDICE** |
| -vs- | |
| PHYSICIANS ANSWERING GROUP EXCHANGE, INC. | |
| Defendant. | |

So Ordered.
/s/ Patricia A. Gaughan
6/14/21

Now comes Plaintiff Cooperative Medical Health Care Corporation, P.A., by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice of dismissal of this matter without prejudice.

Respectfully submitted,

*/s/Ronald I. Frederick*
Ronald I. Frederick, Esq. (0063609)
Michael L. Berler, Esq. (0085728)
Michael L. Fine (#0077131)
FREDERICK & BERLER, LLC
767 East 185th Street
Cleveland, OH  44119
ronf@clevelandconsumerlaw.com
mike@clevelandconsumerlaw.com
michaelf@clevelandconsumerlaw.com
*Counsel for Plaintiff*